JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED HULL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SSE REAL ESTATE GROUP LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; AND DOES 1-10,<br><br>　　　　Defendants. | Case No.: 2:20-cv-09598-JFW-JCx<br><br>*Hon. John F. Walter*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: October 20, 2020<br>Trial Date:　Not on Calendar |

1

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Ed Hull's ("Plaintiff") action against Defendant SSE Real Estate Group LLC, ("Defendant") is dismissed with prejudice. Each party will be responsible for their own fees and costs.

Dated: January 4, 2021

Hon. John F. Walter
United States District Judge
Central District of California